THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Derrick
 Dupree,        Appellant.
 
 
 

Appeal From Marlboro County
J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No.
2005-UP-478
Submitted August 1, 2005  Filed August 8, 2005  

APPEAL DISMISSED

 
 
 
 Acting Deputy Chief Attorney
 Wanda H. Carter, Office of Appellate Defense, of Columbia,
 for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, Office of the
 Attorney General, of Columbia; and Solicitor Jay E. Hodge, Jr., of
 Cheraw, for Respondent.
 
 
 

PER CURIAM:  Derrick
Dupree was convicted of distribution of crack cocaine and distribution of crack
cocaine within half of a mile of a public park.  Dupree received two
concurrent ten-year sentences.  Duprees counsel filed a motion to be
relieved as counsel pursuant to Anders v. California, 386 U.S. 738
(1967).  After a thorough review of the record and the briefs, we dismiss[1] this appeal pursuant to Anders
and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels
motion to be relieved is granted. 
APPEAL DISMISSED. 
ANDERSON, HUFF, and WILLIAMS, JJ.,
concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.